STATE v. SESSOMS

No. 204P86.

Case below: 79 N.C. App. 444.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. TRANSEAU

No. 242PA86.

Case below: 79 N.C. App. 666.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1986 to consider only the issues of validity of search; admissibility of evidence seized in search; and trial court's summary of evidence in its jury instruction. Petition by defendant for writ of supersedeas allowed 6 May 1986.

STATE v. VAUGHT

No. 351P86.

Case below: 80 N.C. App. 486.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 11 June 1986.

TOWN OF EMERALD ISLE v. STATE OF N. C.

No. 111A86.

Case below: 78 N.C. App. 736.

Petition by defendants for discretionary review as to additional issues pursuant to G.S. 7A-31 and Appellate Rule 16(b) allowed 6 May 1986.

TOWN OF WINTON v. SCOTT

No. 320A86.

Case below: 80 N.C. App. 409.

Petition filed by defendants (John A. Scott and Mrs. John A. Scott) for writ of supersedeas and temporary stay dismissed 5 June 1986.